In the Matter of the Claim of MATTHEW SLAWINSKI, Respondent, against J. H. WILLIAMS & Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 10, 1948; decided July 16, 1948.

*Noel S. Symons* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy* and *Roy Wiedersum* of counsel), for respondent.

Order affirmed, with costs; no opinion. [See 298 N. Y. 634.]

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.